IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Tamar D. Harvey,

    Plaintiff,

v.                                                        Civil Action No. 1:20cv605

Hobbs, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendants:

    **Ralph Coleman, Timothy W. Green, M.A. Bailey and Gregory Holloway**

    I certify that I am admitted to practice in this Court.

January 3, 2024
Date

                                                    Respectfully submitted,

                                                    By: s/ Ann-Marie C. White Rene
                                                    Ann-Marie C. White Rene, VSB #91166
                                                    Assistant Attorney General
                                                    Office of the Attorney General
                                                    Criminal Justice & Public Safety Division
                                                    202 North 9th Street
                                                    Richmond, Virginia 23219
                                                    Phone: (804) 371-2084
                                                    Fax: (804) 786-4239
                                                    E-mail: arene@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2024, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following: N/A;

And I hereby certify that I have mailed the document, postage prepaid, to the following non-filing user:

Tamar D. Harvey, #1585239
VADOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, Virginia 23160

By: s/ Ann-Marie C. White Rene
Ann-Marie C. White, VSB #91166
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 371-2084
Fax: (804) 786-4239
E-mail: arene@oag.state.va.us