UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TAMAR D. HARVEY,
   *Plaintiff*,

v.

SERGEANT HOBBS, *et al.*,
   *Defendants*.

1:20-cv-605-MSN-WEF

ORDER

Upon consideration of the Motion to Withdraw the appearance of Assistant Attorney General Laura Maughan as counsel for counsel for Defendants Ralph R. Coleman, Timothy W. Green, M. A. Bailey, and Gregory Holloway in the above-captioned Matter [Dkt. No. 166], it is hereby

ORDERED that the Motion to Withdraw [Dkt. No. 166] be GRANTED; and it is further

ORDERED that the appearance of Assistant Attorney General Laura Maughan as counsel for counsel for Defendants Ralph R. Coleman, Timothy W. Green, M. A. Bailey, and Gregory Holloway be withdrawn.

The Clerk is directed to send a copy of this Order to plaintiff and all counsel of record.

                                                                      /s/
                                                  Michael S. Nachmanoff
                                                  United States District Judge

February 9, 2024
Alexandria, Virginia